Date: 12/29/10        DIVIDENDS REMITTED TO THE COURT        Page:

Case Number 10-11554 - JOHNSON, ANNETTE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Giant Eagle c/o Envision Payment Solutions<br>PO Box 157<br>Suwanee, GA 30024-0157 | 000005 | 67.28 | 3.52 |
| ---------- Remittance Total -------------- | | 67.28 | 3.52 |

_____
MARY ANN RABIN, Trustee

CHK 1004 #15622



FILED 11 JAN -4 AM 11:57